**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KUKJE MACHINERY CO. LTD.,** | : | **CIVIL ACTION NO. 1:05-CV-1989** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **AMERICAN JAWA LTD.,** | : | |
| | : | |
| **Defendant** | : | |

## **O R D E R**

Counsel having reported to the court that this action has been settled, **IT IS HEREBY ORDERED THAT** this action is dismissed without costs and without prejudice to the right of either party, upon good cause shown, to reinstate the action within sixty (60) days if the settlement is not consummated.

      S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

Dated:       October 14, 2005